# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974; See Privacy Act Statement before completing this form.

RECEIVED JUL 18 2022
U.S. EEOC
Memphis District Office
Memphis, TN

| AGENCY | CHARGE NUMBER |
|---|---|
| ☐ FEPA | Exhibit A |
| ☒ EEOC | 490-2022-02157 |

TENNESSEE HUMAN RIGHTS COMMISSION _____ and EEOC
State or local Agency, if any

| NAME (Indicate Mr., Ms., Mrs.) | HOME TELEPHONE (Include Area Code) |
|---|---|
| Jaye Mosby Meachem | 901-355-5343 |

| STREET ADDRESS | CITY, STATE AND ZIP CODE | DATE OF BIRTH |
|---|---|---|
| 528 Monteigne Blvd. | Memphis, TN 38103 | 11-13-1973 |

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY, APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME (If more than one list below.)

| NAME | NUMBER OF EMPLOYEES, MEMBERS | TELEPHONE (Include Area Code) |
|---|---|---|
| Reaves Law Firm, PLLC | 35-40 employees | 901-295-3009 |

| STREET ADDRESS | CITY, STATE AND ZIP CODE | COUNTY |
|---|---|---|
| 1991 Corporate Avenue, Ste. 310 | Memphis, TN 38132 | Shelby |

| NAME | TELEPHONE NUMBER (Include Area Code) |
|---|---|
| | |

| STREET ADDRESS | CITY, STATE AND ZIP CODE | COUNTY |
|---|---|---|
| | | |

CAUSE OF DISCRIMINATION BASED ON (Check appropriate box(es))

☐ RACE  ☐ COLOR  ☒ SEX  ☐ RELIGION  ☐ NATIONAL ORIGIN
☒ RETALIATION  ☐ AGE  ☐ DISABILITY  ☐ OTHER (Specify)

DATE DISCRIMINATION TOOK PLACE: June 2, 2022

☐ CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

I was hired by Henry Reaves with the Reaves Law Firm at the beginning of May 2022 to serve in the role/position of Chief People Officer. One of the first matters, among many, that I was tasked with performing dealt with employee compensation. I quickly identified pay disparity issues among attorneys employed by the firm. In particular, I learned that an incoming male attorney with less experience was to be paid significantly more money that an existing female attorney with more experience. I immediately voiced my concerns to Mr. Reaves and made it clear that a potential equal pay issue would occur if the male attorney and female attorney were not compensated on an equal basis. I made the strong recommendation that they be paid the same. Mr. Reaves initially attempted to defend his decision to pay the male attorney more money. He first stated that the male attorney had more experience, which was not true, and that he was having to relocate to Memphis, which was the same for the female attorney. I did not back down however and he became angry at me and called me disloyal. I also voiced various wage and hour compliance issues, as well employee safety concerns, to Mr. Reaves. Almost immediately after raising the above issues, I was demoted first and then terminated on June 2, 2022 for alleged insubordination, which involved my alleged failure to respond to an email. Further, male executives in similar positions have been held to more lenient standards than myself and have not been terminated when they have not been immediately responsive to firm requests. Moreover, the firm failed to adhere to its own progressive discipline policy in my situation.

I want this charge filed with both the EEOC and the State or local Agency, if any I will advise the agencies if I change my address or telephone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the foregoing is true and correct.

Date _____  Charging Party (Signature) _____

NOTARY - (When necessary for State and Local Requirements)

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.

SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE
(Day, month, and year) 7/18/22

My Commission expires 10/26/25

[Notary Seal: SUSAN ZAFER, STATE OF TENNESSEE, NOTARY PUBLIC, COUNTY OF SHELBY, COMM. EXP. OCT. 26, 2025]

EEOC FORM 5 (REV. 3/01)