AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of Tennessee

| | | |
|---|---|---|
| ANDREA JAYE MOSBY | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. 23-2099 |
| REAVES LAW FIRM PLLC | ) | |
| *Defendant(s)* | ) | |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  Reaves Law Firm PLLC
Attn: Henry Eugene Reaves, Registered Agent
1991 Corporate Ave., Ste. 310
Memphis, TN 38132

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   William B. Ryan
Donati Law, PLLC
1545 Union Ave.
Memphis, TN 38104

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 3/7/2023

s/ Anthony Johnson

*Signature of*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 23-2099

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Henry Reaves "Reaves Law Firm"
was received by me on *(date)* April 5, 2023.

☒ I personally served the summons on the individual at *(place)* 1991 Corporate Ave Memphis T
on *(date)* April 17, 2023; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____; or

☐ I returned the summons unexecuted because _____; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: 04-17-2023

Fred (Server's signature)

Fred Cunningham Constable
Printed name and title

119 Dixie Ln Jackson, TN 38301
Server's address

Additional information regarding attempted service, etc: