# UNITED STATES DISTRICT COURT

**WESTERN** DISTRICT OF **TENNESSEE**

ANDREA JAYE MOSBY

V.

REAVES LAW FIRM PLLC

# EXHIBIT AND WITNESS LIST

Case Number: 23-2099-SHM

| PRESIDING JUDGE<br>SAMUEL H. MAYS, JR. | | PLAINTIFF'S ATTORNEY(S)<br>William B. Ryan and Janelle Osowski | | DEFENDANT'S ATTORNEY(S)<br>Jonathan C. Hancock and Dean J. Shauger | |
|---|---|---|---|---|---|
| PROCEEDING/DATE:<br>05/05/2025 - 05/7/2025 | | COURT REPORTER<br>Polly Wardlaw | | COURTROOM DEPUTY<br>Jairo Mendez | |
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
| X | | 5/5/2025 | | | **Plaintiff's Proof:** |
| X | | 5/5/2025 | | | ***WITNESS: Neva Reaves*** |
| 1 | | 5/5/2025 | √ | √ | EMAIL: Jaye Mosby to Neva Reaves (Dated 06/03/2022) |
| 2 | | 5/5/2025 | √ | √ | EMAIL: From Henry Reaves to [Bill Walker, Emily James, Neva Reaves, Paquita Redmond] (Dated: 5/31/25) |
| 3 | | 5/5/2025 | √ | √ | DOCUMENT: 2021 Onboarding & Orientation Handbook - Reaves Law Firm PLLC |
| 4 | | 5/5/2025 | √ | √ | EMAIL: From Jaye Mosby to Henry Reaves (Dated 05/28/2025) |
| X | | 5/5/2025 | | | ***WITNESS: Henry Reaves*** |
| 5 | | 5/6/2025 | √ | √ | DOCUMENT: Memo of allegations from Baker Donelson (Dated: 10/24/2022) |
| 6 | | 5/6/2025 | √ | √ | DOCUMENT: Base Compensation Form |
| X | | 5/6/2025 | | | ***WITNESS: Andrea Jaye Mosby*** |
| 7 | | 5/6/2025 | √ | √ | DOCUMENT: Resume of Andrea Jaye Mosby |
| 8 | | 5/6/2025 | √ | √ | DOCUMENTS: Jobs Applications and Email as to Andrea Jaye Mosby |
| 9 | | 5/6/2025 | √ | √ | DOCUMENT: Job Offer from Reaves Law to Ms. Mosby (Dated 05/19/2022) |
| 10 | | 5/6/2025 | √ | √ | DOCUMENT: Recruitment Notes from Reaves Law Firm |
| 11 | | 5/6/2025 | √ | √ | DOCUMENT: Charge of Discrimination dated (Dated 7/18/2022) |
| 12 | | 5/6/2025 | √ | √ | EMAIL: Subject: Jakira Pay [From Jamie Benfield to Henry Reaves] (Dated:5/27/22) |
| | 13 | 5/6/2025 | √ | √ | EMAIL: Subject: Jakira Pay (Part 2) [From Henry Reaves to Jamie Benfield] (Dated: 5/31/22) |
| | 14 | 5/6/2025 | √ | √ | EMAIL: Redacted Emails [From Henry Reaves to Jaye Mosby] (Dated: 6/3/2022) |
| | 15 | 5/6/2025 | √ | √ | DOCUMENT: Amended complaint file in Western District Court of TN (Filed 2/23/23) |
| | | 5/6/2025 | | | **Plaintiff Rests** |
| | | 5/6/2025 | | | **Defense Proof** |
| | X | 5/6/2025 | | | ***WITNESS: Neva Reaves*** |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of __2__ Pages

# EXHIBIT AND WITNESS LIST – CONTINUATION

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | | | | | ANDREA JAYE MOSBY vs. REAVES LAW FIRM PLLC — CASE NO. 23-2099-SHM |
| | X | 5/6/2025 | | | ***WITNESS: Henry Reaves*** |
| | | 5/6/2025 | | | **Defense Rests** |
| | | | | | Jairo Mendez, Case Manager |
| | | | | | s/ Jairo Mendez |