```
             IN THE UNITED STATES DISTRICT COURT
            FOR THE WESTERN DISTRICT OF TENNESSEE
                      WESTERN DIVISION
```

|  |  |
|---|---|
| **ANDREA JAYE MOSBY,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 2:23-cv-02099-SHM-tmp |
| ) | |
| **REAVES LAW FIRM, PLLC,** ) | |
| ) | |
| Defendant. ) | |
| ) | |

**ORDER ON JURY VERDICT**

This action came before the Court for trial by jury on May 5, 2025, the Honorable Samuel H. Mays, Jr., United States District Judge, presiding.

Plaintiff was represented by counsel, Mr. William B. Ryan and Ms. Janelle Crandall Osowski. Defendant was represented by counsel, Mr. Jonathan C. Hancock and Mr. Dean J. Shauger.

After hearing all proof presented, arguments of counsel, and the jury instructions, the jury began deliberations on May 7, 2025.

After due deliberation and consideration of the proof presented, the jury returned into open court on May 7, 2025, and announced a verdict in favor of Plaintiff Andrea Jaye Mosby and against Defendant Reaves Law Firm, PLLC on each of Plaintiff's three claims of retaliation in violation of Title VII of the Civil Rights Act of 1964, the Fair Labor Standards Act, and the Equal Pay Act.

The jury awarded Plaintiff Andrea Jaye Mosby $258,269.27 as and for back pay, $516,538.54 as and for compensatory damages, and $2,500,000.00 as and for punitive damages.

The jurors were polled individually and discharged.

The Court's case manager will set a telephonic scheduling conference to discuss post-trial matters. The Court will not enter final judgment in this case until the Court has resolved any remaining claims for damages.

SO ORDERED this  *8th*  day of May, 2025.

/s/ *Samuel H. Mays, Jr.*
SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE