Exhibit C

# ECONOMIC AND FINANCIAL CONSULTING GROUP, INC.

6 RICHLAND HILLS COVE • CONWAY, AR 72034 • (501) 450-1306

June 4, 2025

Mr. William B. Ryan
Attorney at Law
Donati Law Firm
1545 Union Avenue
Memphis, TN 38104

RE: **Andrea Jaye Mosby v. Reaves Law Firm, P.L.L.C.**

Dear Mr. Ryan:

At your request, I have performed computations concerning prejudgment interest in the above-cited matter. Specifically, I have calculated both simple and compound interest at both federal and state interest rate standards, as discussed below.

Simple interest is calculated in accordance with equation (1) below:

$$(1) \quad \text{Simple Interest} = \sum_{t=1}^{T} \text{Payment Amount} \times \text{Interest Rate} \times (153 - t)$$

where T = number of payment periods, measured in weeks, beginning effective June 4, 2022 and continuing through May 7, 2025 for a total of 153 weeks.

Base Payment Amount = Value of weekly payment

Interest Rate = rate utilized to calculate prejudgment interest.

(153-t) = number of periods (weeks) over which interest is calculated.

Compound interest is calculated in accordance with equation (2) below:

(2) $\quad \text{Compound Interest} = \sum_{t=1}^{T} \text{Payment Amount} \times (1+\text{Interest Rate})^{(153-t)} - \text{Payment Amount}$

where T = number of payment periods, measured in weeks, beginning effective June 4, 2022 and continuing through May 7, 2025 for a total of 153 weeks.

Base Payment Amount = Value of weekly payment

Interest Rate = rate utilized to calculate prejudgment interest (= annual rate/52)

(153-t) = number of periods (weeks) over which interest is calculated.

Payment amounts on back pay subject to prejudgment interest are assumed to be $3,557.69 per week for weeks 1 through 68 and $192.31 per week for weeks 69 through 153, as documented by the table attached as Exhibit (1). Payment amounts on compensatory damages are assumed to be $3,557.69 per week calculated as an average weekly amount for the compensatory damage award of $258,269.27 allocated over 153 weeks.

Interest rates are alternatively assumed to be equal to annual rates of 3.91% or 10.00%. The lower annual rate is based on the federal rate identified in Meoli v. Huntington National Bank, 848 F.3d 716, 735 (6th Circuit 2017). Specifically, the rate is equal to the "weekly average 1-year constant Treasury yield, as published by the Board of Governors of the Federal Reserve System, for the calendar week preceding the date of judgment". Historical data for that period is attached as Exhibit (2). The upper annual rate is based on Tennessee law which allows prejudgment interest up to a rate of 10.00% based on Tennessee Code Annotated 47-14-123.

My calculations performed in accordance with equations (1) and (2) are presented in the attached Tables (1) and (2), which are based on back pay and compensatory damage awards, respectively.

This report reflects information and opinions as of the date of the report and may be amended if additional data or information becomes available. If I can be of further service in this matter, please do not hesitate to contact me.

Yours very truly,

*Ralph D. Scott, Jr.*

RALPH D. SCOTT, JR., Ph.D.

TABLE 1

Exhibit C

## ANDREA J. MOSBY V. REAVES LAW FIRM
## CALCULATION OF PREJUDGMENT INTEREST: BACK PAY

| Payment Date | Payment | Interest to Date 3.91% Simple | Interest to Date 3.91% Compound | Interest to Date 10% Simple | Interest to Date 10%% Compound |
|---|---|---|---|---|---|
| 6/4/22   | $ 3,376.07 | $ 386.45 | $ 409.27 | $ 986.85 | $ 1,144.96 |
| 6/11/22  | $ 3,376.07 | $ 383.91 | $ 406.43 | $ 980.36 | $ 1,136.28 |
| 6/18/22  | $ 3,376.07 | $ 381.37 | $ 403.58 | $ 973.87 | $ 1,127.62 |
| 6/25/22  | $ 3,376.07 | $ 378.82 | $ 400.74 | $ 967.37 | $ 1,118.97 |
| 7/2/22   | $ 3,376.07 | $ 376.28 | $ 397.89 | $ 960.88 | $ 1,110.35 |
| 7/9/22   | $ 3,376.07 | $ 373.74 | $ 395.05 | $ 954.39 | $ 1,101.74 |
| 7/16/22  | $ 3,376.07 | $ 371.20 | $ 392.22 | $ 947.90 | $ 1,093.14 |
| 7/23/22  | $ 3,376.07 | $ 368.65 | $ 389.38 | $ 941.40 | $ 1,084.56 |
| 7/30/22  | $ 3,376.07 | $ 366.11 | $ 386.55 | $ 934.91 | $ 1,076.00 |
| 8/6/22   | $ 3,376.07 | $ 363.57 | $ 383.71 | $ 928.42 | $ 1,067.46 |
| 8/13/22  | $ 3,376.07 | $ 361.03 | $ 380.89 | $ 921.93 | $ 1,058.93 |
| 8/20/22  | $ 3,376.07 | $ 358.48 | $ 378.06 | $ 915.43 | $ 1,050.41 |
| 8/27/22  | $ 3,376.07 | $ 355.94 | $ 375.23 | $ 908.94 | $ 1,041.92 |
| 9/3/22   | $ 3,376.07 | $ 353.40 | $ 372.41 | $ 902.45 | $ 1,033.44 |
| 9/10/22  | $ 3,376.07 | $ 350.86 | $ 369.59 | $ 895.96 | $ 1,024.97 |
| 9/17/22  | $ 3,376.07 | $ 348.31 | $ 366.77 | $ 889.46 | $ 1,016.53 |
| 9/24/22  | $ 3,376.07 | $ 345.77 | $ 363.95 | $ 882.97 | $ 1,008.10 |
| 10/1/22  | $ 3,376.07 | $ 343.23 | $ 361.14 | $ 876.48 | $ 999.68 |
| 10/8/22  | $ 3,376.07 | $ 340.69 | $ 358.33 | $ 869.99 | $ 991.28 |
| 10/15/22 | $ 3,376.07 | $ 338.14 | $ 355.52 | $ 863.49 | $ 982.90 |
| 10/22/22 | $ 3,376.07 | $ 335.60 | $ 352.71 | $ 857.00 | $ 974.53 |
| 10/29/22 | $ 3,376.07 | $ 333.06 | $ 349.90 | $ 850.51 | $ 966.18 |
| 11/5/22  | $ 3,376.07 | $ 330.52 | $ 347.10 | $ 844.02 | $ 957.85 |
| 11/12/22 | $ 3,376.07 | $ 327.97 | $ 344.30 | $ 837.52 | $ 949.53 |
| 11/19/22 | $ 3,376.07 | $ 325.43 | $ 341.50 | $ 831.03 | $ 941.23 |
| 11/26/22 | $ 3,376.07 | $ 322.89 | $ 338.70 | $ 824.54 | $ 932.94 |
| 12/3/22  | $ 3,376.07 | $ 320.35 | $ 335.91 | $ 818.05 | $ 924.67 |
| 12/10/22 | $ 3,376.07 | $ 317.80 | $ 333.11 | $ 811.56 | $ 916.42 |
| 12/17/22 | $ 3,376.07 | $ 315.26 | $ 330.32 | $ 805.06 | $ 908.18 |
| 12/24/22 | $ 3,376.07 | $ 312.72 | $ 327.53 | $ 798.57 | $ 899.95 |
| 12/31/22 | $ 3,376.07 | $ 310.18 | $ 324.75 | $ 792.08 | $ 891.75 |
| 1/7/23   | $ 3,376.07 | $ 307.64 | $ 321.96 | $ 785.59 | $ 883.55 |
| 1/14/23  | $ 3,376.07 | $ 305.09 | $ 319.18 | $ 779.09 | $ 875.38 |
| 1/21/23  | $ 3,376.07 | $ 302.55 | $ 316.40 | $ 772.60 | $ 867.22 |
| 1/28/23  | $ 3,376.07 | $ 300.01 | $ 313.62 | $ 766.11 | $ 859.07 |
| 2/4/23   | $ 3,376.07 | $ 297.47 | $ 310.84 | $ 759.62 | $ 850.95 |
| 2/11/23  | $ 3,376.07 | $ 294.92 | $ 308.07 | $ 753.12 | $ 842.83 |
| 2/18/23  | $ 3,376.07 | $ 292.38 | $ 305.29 | $ 746.63 | $ 834.73 |
| 2/25/23  | $ 3,376.07 | $ 289.84 | $ 302.52 | $ 740.14 | $ 826.65 |
| 3/4/23   | $ 3,376.07 | $ 287.30 | $ 299.76 | $ 733.65 | $ 818.59 |
| 3/11/23  | $ 3,376.07 | $ 284.75 | $ 296.99 | $ 727.15 | $ 810.53 |
| 3/18/23  | $ 3,376.07 | $ 282.21 | $ 294.23 | $ 720.66 | $ 802.50 |
| 3/25/23  | $ 3,376.07 | $ 279.67 | $ 291.46 | $ 714.17 | $ 794.48 |
| 4/1/23   | $ 3,376.07 | $ 277.13 | $ 288.70 | $ 707.68 | $ 786.47 |

TABLE 1

Exhibit C

## ANDREA J. MOSBY V. REAVES LAW FIRM
## CALCULATION OF PREJUDGMENT INTEREST: BACK PAY

| Payment Date | Payment | Interest to Date 3.91% Simple | Interest to Date 3.91% Compound | Interest to Date 10% Simple | Interest to Date 10%% Compound |
|---|---|---|---|---|---|
| 4/8/23 | $ 3,376.07 | $ 274.58 | $ 285.95 | $ 701.18 | $ 778.48 |
| 4/15/23 | $ 3,376.07 | $ 272.04 | $ 283.19 | $ 694.69 | $ 770.51 |
| 4/22/23 | $ 3,376.07 | $ 269.50 | $ 280.44 | $ 688.20 | $ 762.55 |
| 4/29/23 | $ 3,376.07 | $ 266.96 | $ 277.69 | $ 681.71 | $ 754.61 |
| 5/6/23 | $ 3,376.07 | $ 264.41 | $ 274.94 | $ 675.21 | $ 746.68 |
| 5/13/23 | $ 3,376.07 | $ 261.87 | $ 272.19 | $ 668.72 | $ 738.77 |
| 5/20/23 | $ 3,376.07 | $ 259.33 | $ 269.44 | $ 662.23 | $ 730.87 |
| 5/27/23 | $ 3,376.07 | $ 256.79 | $ 266.70 | $ 655.74 | $ 722.99 |
| 6/3/23 | $ 3,376.07 | $ 254.24 | $ 263.96 | $ 649.24 | $ 715.12 |
| 6/10/23 | $ 3,376.07 | $ 251.70 | $ 261.22 | $ 642.75 | $ 707.26 |
| 6/17/23 | $ 3,376.07 | $ 249.16 | $ 258.48 | $ 636.26 | $ 699.43 |
| 6/24/23 | $ 3,376.07 | $ 246.62 | $ 255.75 | $ 629.77 | $ 691.60 |
| 7/1/23 | $ 3,376.07 | $ 244.07 | $ 253.01 | $ 623.27 | $ 683.80 |
| 7/8/23 | $ 3,376.07 | $ 241.53 | $ 250.28 | $ 616.78 | $ 676.01 |
| 7/15/23 | $ 3,376.07 | $ 238.99 | $ 247.55 | $ 610.29 | $ 668.23 |
| 7/22/23 | $ 3,376.07 | $ 236.45 | $ 244.83 | $ 603.80 | $ 660.47 |
| 7/29/23 | $ 3,376.07 | $ 233.90 | $ 242.10 | $ 597.30 | $ 652.72 |
| 8/5/23 | $ 3,376.07 | $ 231.36 | $ 239.38 | $ 590.81 | $ 644.98 |
| 8/12/23 | $ 3,376.07 | $ 228.82 | $ 236.66 | $ 584.32 | $ 637.27 |
| 8/19/23 | $ 3,376.07 | $ 226.28 | $ 233.94 | $ 577.83 | $ 629.56 |
| 8/26/23 | $ 3,376.07 | $ 223.73 | $ 231.22 | $ 571.33 | $ 621.88 |
| 9/2/23 | $ 3,376.07 | $ 221.19 | $ 228.51 | $ 564.84 | $ 614.20 |
| 9/9/23 | $ 3,376.07 | $ 218.65 | $ 225.80 | $ 558.35 | $ 606.54 |
| 9/16/23 | $ 3,376.07 | $ 216.11 | $ 223.09 | $ 551.86 | $ 598.90 |
| 9/23/23 | $ 3,376.07 | $ 213.56 | $ 220.38 | $ 545.36 | $ 591.27 |
| 9/30/23 | $ 3,376.07 | $ 211.02 | $ 217.67 | $ 538.87 | $ 583.65 |
| 10/7/23 | $ 3,376.07 | $ 208.48 | $ 214.97 | $ 532.38 | $ 576.05 |
| 10/14/23 | $ 3,376.07 | $ 205.94 | $ 212.27 | $ 525.89 | $ 568.47 |
| 10/21/23 | $ 3,376.07 | $ 203.40 | $ 209.57 | $ 519.40 | $ 560.90 |
| 10/28/23 | $ 3,376.07 | $ 200.85 | $ 206.87 | $ 512.90 | $ 553.34 |
| 11/4/23 | $ 3,376.07 | $ 198.31 | $ 204.17 | $ 506.41 | $ 545.80 |
| 11/11/23 | $ 3,376.07 | $ 195.77 | $ 201.48 | $ 499.92 | $ 538.27 |
| 11/18/23 | $ 3,376.07 | $ 193.23 | $ 198.78 | $ 493.43 | $ 530.76 |
| 11/25/23 | $ 3,376.07 | $ 190.68 | $ 196.09 | $ 486.93 | $ 523.26 |
| 12/2/23 | $ 3,376.07 | $ 188.14 | $ 193.41 | $ 480.44 | $ 515.77 |
| 12/9/23 | $ 3,376.07 | $ 185.60 | $ 190.72 | $ 473.95 | $ 508.30 |
| 12/16/23 | $ 3,376.07 | $ 183.06 | $ 188.04 | $ 467.46 | $ 500.85 |
| 12/23/23 | $ 3,376.07 | $ 180.51 | $ 185.35 | $ 460.96 | $ 493.41 |
| 12/30/23 | $ 3,376.07 | $ 177.97 | $ 182.67 | $ 454.47 | $ 485.98 |
| 1/6/24 | $ 3,376.07 | $ 175.43 | $ 180.00 | $ 447.98 | $ 478.57 |
| 1/13/24 | $ 3,376.07 | $ 172.89 | $ 177.32 | $ 441.49 | $ 471.17 |
| 1/20/24 | $ 3,376.07 | $ 170.34 | $ 174.65 | $ 434.99 | $ 463.79 |
| 1/27/24 | $ 3,376.07 | $ 167.80 | $ 171.97 | $ 428.50 | $ 456.42 |
| 2/3/24 | $ 3,376.07 | $ 165.26 | $ 169.30 | $ 422.01 | $ 449.06 |

TABLE 1

Exhibit C

ANDREA J. MOSBY V. REAVES LAW FIRM
CALCULATION OF PREJUDGMENT INTEREST: BACK PAY

| Payment Date | Payment | Interest to Date 3.91% Simple | Interest to Date 3.91% Compound | Interest to Date 10% Simple | Interest to Date 10%% Compound |
|---|---|---|---|---|---|
| 2/10/24 | $ 3,376.07 | $ 162.72 | $ 166.64 | $ 415.52 | $ 441.72 |
| 2/17/24 | $ 3,376.07 | $ 160.17 | $ 163.97 | $ 409.02 | $ 434.39 |
| 2/24/24 | $ 3,376.07 | $ 157.63 | $ 161.31 | $ 402.53 | $ 427.08 |
| 3/2/24 | $ 3,376.07 | $ 155.09 | $ 158.65 | $ 396.04 | $ 419.78 |
| 3/9/24 | $ 3,376.07 | $ 152.55 | $ 155.99 | $ 389.55 | $ 412.49 |
| 3/16/24 | $ 3,376.07 | $ 150.00 | $ 153.33 | $ 383.05 | $ 405.22 |
| 3/23/24 | $ 3,376.07 | $ 147.46 | $ 150.67 | $ 376.56 | $ 397.96 |
| 3/30/24 | $ 3,376.07 | $ 144.92 | $ 148.02 | $ 370.07 | $ 390.72 |
| 4/6/24 | $ 3,376.07 | $ 142.38 | $ 145.37 | $ 363.58 | $ 383.49 |
| 4/13/24 | $ 3,376.07 | $ 139.83 | $ 142.72 | $ 357.08 | $ 376.27 |
| 4/20/24 | $ 3,376.07 | $ 137.29 | $ 140.07 | $ 350.59 | $ 369.07 |
| 4/27/24 | $ 3,376.07 | $ 134.75 | $ 137.42 | $ 344.10 | $ 361.88 |
| 5/4/24 | $ 3,376.07 | $ 132.21 | $ 134.78 | $ 337.61 | $ 354.71 |
| 5/11/24 | $ 3,376.07 | $ 129.66 | $ 132.14 | $ 331.11 | $ 347.55 |
| 5/18/24 | $ 3,376.07 | $ 127.12 | $ 129.50 | $ 324.62 | $ 340.40 |
| 5/25/24 | $ 3,376.07 | $ 124.58 | $ 126.86 | $ 318.13 | $ 333.26 |
| 6/1/24 | $ 3,376.07 | $ 122.04 | $ 124.22 | $ 311.64 | $ 326.15 |
| 6/8/24 | $ 3,376.07 | $ 119.49 | $ 121.59 | $ 305.14 | $ 319.04 |
| 6/15/24 | $ 3,376.07 | $ 116.95 | $ 118.96 | $ 298.65 | $ 311.95 |
| 6/22/24 | $ 3,376.07 | $ 114.41 | $ 116.33 | $ 292.16 | $ 304.87 |
| 6/29/24 | $ 3,376.07 | $ 111.87 | $ 113.70 | $ 285.67 | $ 297.80 |
| 7/6/24 | $ 3,376.07 | $ 109.32 | $ 111.07 | $ 279.17 | $ 290.75 |
| 7/13/24 | $ 3,376.07 | $ 106.78 | $ 108.45 | $ 272.68 | $ 283.71 |
| 7/20/24 | $ 3,376.07 | $ 104.24 | $ 105.83 | $ 266.19 | $ 276.69 |
| 7/27/24 | $ 3,376.07 | $ 101.70 | $ 103.21 | $ 259.70 | $ 269.68 |
| 8/3/24 | $ 3,376.07 | $ 99.16 | $ 100.59 | $ 253.21 | $ 262.68 |
| 8/10/24 | $ 3,376.07 | $ 96.61 | $ 97.97 | $ 246.71 | $ 255.70 |
| 8/17/24 | $ 3,376.07 | $ 94.07 | $ 95.36 | $ 240.22 | $ 248.73 |
| 8/24/24 | $ 3,376.07 | $ 91.53 | $ 92.74 | $ 233.73 | $ 241.77 |
| 8/31/24 | $ 3,376.07 | $ 88.99 | $ 90.13 | $ 227.24 | $ 234.82 |
| 9/7/24 | $ 3,376.07 | $ 86.44 | $ 87.53 | $ 220.74 | $ 227.89 |
| 9/14/24 | $ 3,376.07 | $ 83.90 | $ 84.92 | $ 214.25 | $ 220.98 |
| 9/21/24 | $ 3,376.07 | $ 81.36 | $ 82.31 | $ 207.76 | $ 214.07 |
| 9/28/24 | $ 3,376.07 | $ 78.82 | $ 79.71 | $ 201.27 | $ 207.18 |
| 10/5/24 | $ 3,376.07 | $ 76.27 | $ 77.11 | $ 194.77 | $ 200.30 |
| 10/12/24 | $ 3,376.07 | $ 73.73 | $ 74.51 | $ 188.28 | $ 193.44 |
| 10/19/24 | $ 3,376.07 | $ 71.19 | $ 71.92 | $ 181.79 | $ 186.59 |
| 10/26/24 | $ 3,376.07 | $ 68.65 | $ 69.32 | $ 175.30 | $ 179.75 |
| 11/2/24 | $ 3,376.07 | $ 66.10 | $ 66.73 | $ 168.80 | $ 172.92 |
| 11/9/24 | $ 3,376.07 | $ 63.56 | $ 64.14 | $ 162.31 | $ 166.11 |
| 11/16/24 | $ 3,376.07 | $ 61.02 | $ 61.55 | $ 155.82 | $ 159.31 |
| 11/23/24 | $ 3,376.07 | $ 58.48 | $ 58.96 | $ 149.33 | $ 152.53 |
| 11/30/24 | $ 3,376.07 | $ 55.93 | $ 56.38 | $ 142.83 | $ 145.76 |
| 12/7/24 | $ 3,376.07 | $ 53.39 | $ 53.80 | $ 136.34 | $ 139.00 |

TABLE 2

Exhibit C

ANDREA J. MOSBY V. REAVES LAW FIRM
CALCULATION OF PREJUDGMENT INTEREST: BACK PAY

| Payment Date | Payment | Interest to Date 3.91% Simple | Interest to Date 3.91% Compound | Interest to Date 10% Simple | Interest to Date 10%% Compound |
|---|---|---|---|---|---|
| 12/14/24 | $ 3,376.07 | $ 50.85 | $ 51.21 | $ 129.85 | $ 132.25 |
| 12/21/24 | $ 3,376.07 | $ 48.31 | $ 48.64 | $ 123.36 | $ 125.51 |
| 12/28/24 | $ 3,376.07 | $ 45.76 | $ 46.06 | $ 116.86 | $ 118.79 |
| 1/4/25 | $ 3,376.07 | $ 43.22 | $ 43.48 | $ 110.37 | $ 112.09 |
| 1/11/25 | $ 3,376.07 | $ 40.68 | $ 40.91 | $ 103.88 | $ 105.39 |
| 1/18/25 | $ 3,376.07 | $ 38.14 | $ 38.34 | $ 97.39 | $ 98.71 |
| 1/25/25 | $ 3,376.07 | $ 35.59 | $ 35.77 | $ 90.89 | $ 92.04 |
| 2/1/25 | $ 3,376.07 | $ 33.05 | $ 33.20 | $ 84.40 | $ 85.38 |
| 2/8/25 | $ 3,376.07 | $ 30.51 | $ 30.64 | $ 77.91 | $ 78.74 |
| 2/15/25 | $ 3,376.07 | $ 27.97 | $ 28.07 | $ 71.42 | $ 72.11 |
| 2/22/25 | $ 3,376.07 | $ 25.42 | $ 25.51 | $ 64.92 | $ 65.49 |
| 3/1/25 | $ 3,376.07 | $ 22.88 | $ 22.95 | $ 58.43 | $ 58.88 |
| 3/8/25 | $ 3,376.07 | $ 20.34 | $ 20.39 | $ 51.94 | $ 52.29 |
| 3/15/25 | $ 3,376.07 | $ 17.80 | $ 17.84 | $ 45.45 | $ 45.71 |
| 3/22/25 | $ 3,376.07 | $ 15.25 | $ 15.28 | $ 38.95 | $ 39.14 |
| 3/29/25 | $ 3,376.07 | $ 12.71 | $ 12.73 | $ 32.46 | $ 32.59 |
| 4/5/25 | $ 3,376.07 | $ 10.17 | $ 10.18 | $ 25.97 | $ 26.04 |
| 4/12/25 | $ 3,376.07 | $ 7.63 | $ 7.63 | $ 19.48 | $ 19.51 |
| 4/19/25 | $ 3,376.07 | $ 5.08 | $ 5.09 | $ 12.98 | $ 13.00 |
| 4/26/25 | $ 3,376.07 | $ 2.54 | $ 2.54 | $ 6.49 | $ 6.49 |
| 5/3/25 | $ 3,376.07 | $ - | $ - | $ - | $ - |
| Total | $ 516,538.54 | $ 29,563.49 | $ 30,716.46 | $ 75,494.09 | $ 83,360.21 |

TABLE 2

Exhibit C

## ANDREA J. MOSBY V. REAVES LAW FIRM
## CALCULATION OF PREJUDGMENT INTEREST: COMPENSATORY DAMAGES

| Payment Date | Payment | Interest to Date 3.91% Simple | Interest to Date 3.91% Compound | Interest to Date 10% Simple | Interest to Date 10%% Compound |
|---|---|---|---|---|---|
| 6/4/22 | $ 3,557.69 | $ 407.24 | $ 431.29 | $ 1,039.94 | $ 1,206.55 |
| 6/11/22 | $ 3,557.69 | $ 404.56 | $ 428.29 | $ 1,033.10 | $ 1,197.41 |
| 6/18/22 | $ 3,557.69 | $ 401.88 | $ 425.29 | $ 1,026.26 | $ 1,188.28 |
| 6/25/22 | $ 3,557.69 | $ 399.20 | $ 422.29 | $ 1,019.42 | $ 1,179.17 |
| 7/2/22 | $ 3,557.69 | $ 396.52 | $ 419.30 | $ 1,012.57 | $ 1,170.08 |
| 7/9/22 | $ 3,557.69 | $ 393.84 | $ 416.31 | $ 1,005.73 | $ 1,161.01 |
| 7/16/22 | $ 3,557.69 | $ 391.17 | $ 413.32 | $ 998.89 | $ 1,151.95 |
| 7/23/22 | $ 3,557.69 | $ 388.49 | $ 410.33 | $ 992.05 | $ 1,142.91 |
| 7/30/22 | $ 3,557.69 | $ 385.81 | $ 407.34 | $ 985.21 | $ 1,133.89 |
| 8/6/22 | $ 3,557.69 | $ 383.13 | $ 404.36 | $ 978.36 | $ 1,124.88 |
| 8/13/22 | $ 3,557.69 | $ 380.45 | $ 401.38 | $ 971.52 | $ 1,115.89 |
| 8/20/22 | $ 3,557.69 | $ 377.77 | $ 398.40 | $ 964.68 | $ 1,106.92 |
| 8/27/22 | $ 3,557.69 | $ 375.09 | $ 395.42 | $ 957.84 | $ 1,097.97 |
| 9/3/22 | $ 3,557.69 | $ 372.41 | $ 392.44 | $ 951.00 | $ 1,089.03 |
| 9/10/22 | $ 3,557.69 | $ 369.73 | $ 389.47 | $ 944.16 | $ 1,080.12 |
| 9/17/22 | $ 3,557.69 | $ 367.05 | $ 386.50 | $ 937.31 | $ 1,071.21 |
| 9/24/22 | $ 3,557.69 | $ 364.37 | $ 383.53 | $ 930.47 | $ 1,062.33 |
| 10/1/22 | $ 3,557.69 | $ 361.69 | $ 380.57 | $ 923.63 | $ 1,053.46 |
| 10/8/22 | $ 3,557.69 | $ 359.01 | $ 377.60 | $ 916.79 | $ 1,044.61 |
| 10/15/22 | $ 3,557.69 | $ 356.34 | $ 374.64 | $ 909.95 | $ 1,035.78 |
| 10/22/22 | $ 3,557.69 | $ 353.66 | $ 371.68 | $ 903.11 | $ 1,026.96 |
| 10/29/22 | $ 3,557.69 | $ 350.98 | $ 368.73 | $ 896.26 | $ 1,018.16 |
| 11/5/22 | $ 3,557.69 | $ 348.30 | $ 365.77 | $ 889.42 | $ 1,009.38 |
| 11/12/22 | $ 3,557.69 | $ 345.62 | $ 362.82 | $ 882.58 | $ 1,000.61 |
| 11/19/22 | $ 3,557.69 | $ 342.94 | $ 359.87 | $ 875.74 | $ 991.86 |
| 11/26/22 | $ 3,557.69 | $ 340.26 | $ 356.92 | $ 868.90 | $ 983.13 |
| 12/3/22 | $ 3,557.69 | $ 337.58 | $ 353.98 | $ 862.06 | $ 974.41 |
| 12/10/22 | $ 3,557.69 | $ 334.90 | $ 351.03 | $ 855.21 | $ 965.72 |
| 12/17/22 | $ 3,557.69 | $ 332.22 | $ 348.09 | $ 848.37 | $ 957.03 |
| 12/24/22 | $ 3,557.69 | $ 329.54 | $ 345.15 | $ 841.53 | $ 948.37 |
| 12/31/22 | $ 3,557.69 | $ 326.86 | $ 342.22 | $ 834.69 | $ 939.72 |
| 1/7/23 | $ 3,557.69 | $ 324.18 | $ 339.28 | $ 827.85 | $ 931.09 |
| 1/14/23 | $ 3,557.69 | $ 321.51 | $ 336.35 | $ 821.01 | $ 922.47 |
| 1/21/23 | $ 3,557.69 | $ 318.83 | $ 333.42 | $ 814.16 | $ 913.87 |
| 1/28/23 | $ 3,557.69 | $ 316.15 | $ 330.49 | $ 807.32 | $ 905.29 |
| 2/4/23 | $ 3,557.69 | $ 313.47 | $ 327.56 | $ 800.48 | $ 896.72 |
| 2/11/23 | $ 3,557.69 | $ 310.79 | $ 324.64 | $ 793.64 | $ 888.17 |
| 2/18/23 | $ 3,557.69 | $ 308.11 | $ 321.72 | $ 786.80 | $ 879.64 |
| 2/25/23 | $ 3,557.69 | $ 305.43 | $ 318.80 | $ 779.96 | $ 871.12 |
| 3/4/23 | $ 3,557.69 | $ 302.75 | $ 315.88 | $ 773.11 | $ 862.62 |
| 3/11/23 | $ 3,557.69 | $ 300.07 | $ 312.97 | $ 766.27 | $ 854.14 |
| 3/18/23 | $ 3,557.69 | $ 297.39 | $ 310.05 | $ 759.43 | $ 845.67 |
| 3/25/23 | $ 3,557.69 | $ 294.71 | $ 307.14 | $ 752.59 | $ 837.22 |
| 4/1/23 | $ 3,557.69 | $ 292.03 | $ 304.24 | $ 745.75 | $ 828.78 |

TABLE 3

Exhibit C

## ANDREA J. MOSBY V. REAVES LAW FIRM
### CALCULATION OF PREJUDGMENT INTEREST: COMPENSATORY DAMAGES

| Payment Date | Payment | Interest to Date 3.91% Simple | Interest to Date 3.91% Compound | Interest to Date 10% Simple | Interest to Date 10%% Compound |
|---|---|---|---|---|---|
| 4/8/23 | $ 3,557.69 | $ 289.36 | $ 301.33 | $ 738.90 | $ 820.36 |
| 4/15/23 | $ 3,557.69 | $ 286.68 | $ 298.43 | $ 732.06 | $ 811.96 |
| 4/22/23 | $ 3,557.69 | $ 284.00 | $ 295.52 | $ 725.22 | $ 803.57 |
| 4/29/23 | $ 3,557.69 | $ 281.32 | $ 292.62 | $ 718.38 | $ 795.20 |
| 5/6/23 | $ 3,557.69 | $ 278.64 | $ 289.73 | $ 711.54 | $ 786.85 |
| 5/13/23 | $ 3,557.69 | $ 275.96 | $ 286.83 | $ 704.70 | $ 778.51 |
| 5/20/23 | $ 3,557.69 | $ 273.28 | $ 283.94 | $ 697.85 | $ 770.19 |
| 5/27/23 | $ 3,557.69 | $ 270.60 | $ 281.05 | $ 691.01 | $ 761.88 |
| 6/3/23 | $ 3,557.69 | $ 267.92 | $ 278.16 | $ 684.17 | $ 753.59 |
| 6/10/23 | $ 3,557.69 | $ 265.24 | $ 275.27 | $ 677.33 | $ 745.31 |
| 6/17/23 | $ 3,557.69 | $ 262.56 | $ 272.39 | $ 670.49 | $ 737.05 |
| 6/24/23 | $ 3,557.69 | $ 259.88 | $ 269.51 | $ 663.65 | $ 728.81 |
| 7/1/23 | $ 3,557.69 | $ 257.20 | $ 266.63 | $ 656.80 | $ 720.58 |
| 7/8/23 | $ 3,557.69 | $ 254.53 | $ 263.75 | $ 649.96 | $ 712.37 |
| 7/15/23 | $ 3,557.69 | $ 251.85 | $ 260.87 | $ 643.12 | $ 704.18 |
| 7/22/23 | $ 3,557.69 | $ 249.17 | $ 258.00 | $ 636.28 | $ 696.00 |
| 7/29/23 | $ 3,557.69 | $ 246.49 | $ 255.13 | $ 629.44 | $ 687.83 |
| 8/5/23 | $ 3,557.69 | $ 243.81 | $ 252.26 | $ 622.60 | $ 679.68 |
| 8/12/23 | $ 3,557.69 | $ 241.13 | $ 249.39 | $ 615.75 | $ 671.55 |
| 8/19/23 | $ 3,557.69 | $ 238.45 | $ 246.53 | $ 608.91 | $ 663.43 |
| 8/26/23 | $ 3,557.69 | $ 235.77 | $ 243.66 | $ 602.07 | $ 655.33 |
| 9/2/23 | $ 3,557.69 | $ 233.09 | $ 240.80 | $ 595.23 | $ 647.24 |
| 9/9/23 | $ 3,557.69 | $ 230.41 | $ 237.94 | $ 588.39 | $ 639.17 |
| 9/16/23 | $ 3,557.69 | $ 227.73 | $ 235.09 | $ 581.55 | $ 631.12 |
| 9/23/23 | $ 192.31 | $ 12.17 | $ 12.55 | $ 31.07 | $ 33.68 |
| 9/30/23 | $ 192.31 | $ 12.02 | $ 12.40 | $ 30.70 | $ 33.25 |
| 10/7/23 | $ 192.31 | $ 11.88 | $ 12.25 | $ 30.33 | $ 32.81 |
| 10/14/23 | $ 192.31 | $ 11.73 | $ 12.09 | $ 29.96 | $ 32.38 |
| 10/21/23 | $ 192.31 | $ 11.59 | $ 11.94 | $ 29.59 | $ 31.95 |
| 10/28/23 | $ 192.31 | $ 11.44 | $ 11.78 | $ 29.22 | $ 31.52 |
| 11/4/23 | $ 192.31 | $ 11.30 | $ 11.63 | $ 28.85 | $ 31.09 |
| 11/11/23 | $ 192.31 | $ 11.15 | $ 11.48 | $ 28.48 | $ 30.66 |
| 11/18/23 | $ 192.31 | $ 11.01 | $ 11.32 | $ 28.11 | $ 30.23 |
| 11/25/23 | $ 192.31 | $ 10.86 | $ 11.17 | $ 27.74 | $ 29.81 |
| 12/2/23 | $ 192.31 | $ 10.72 | $ 11.02 | $ 27.37 | $ 29.38 |
| 12/9/23 | $ 192.31 | $ 10.57 | $ 10.86 | $ 27.00 | $ 28.95 |
| 12/16/23 | $ 192.31 | $ 10.43 | $ 10.71 | $ 26.63 | $ 28.53 |
| 12/23/23 | $ 192.31 | $ 10.28 | $ 10.56 | $ 26.26 | $ 28.11 |
| 12/30/23 | $ 192.31 | $ 10.14 | $ 10.41 | $ 25.89 | $ 27.68 |
| 1/6/24 | $ 192.31 | $ 9.99 | $ 10.25 | $ 25.52 | $ 27.26 |
| 1/13/24 | $ 192.31 | $ 9.85 | $ 10.10 | $ 25.15 | $ 26.84 |
| 1/20/24 | $ 192.31 | $ 9.70 | $ 9.95 | $ 24.78 | $ 26.42 |
| 1/27/24 | $ 192.31 | $ 9.56 | $ 9.80 | $ 24.41 | $ 26.00 |
| 2/3/24 | $ 192.31 | $ 9.41 | $ 9.64 | $ 24.04 | $ 25.58 |

TABLE 2

Exhibit C

ANDREA J. MOSBY V. REAVES LAW FIRM
CALCULATION OF PREJUDGMENT INTEREST: COMPENSATORY DAMAGES

| Payment Date | Payment | Interest to Date 3.91% Simple | Interest to Date 3.91% Compound | Interest to Date 10% Simple | Interest to Date 10%% Compound |
|---|---|---|---|---|---|
| 2/10/24 | $ 192.31 | $ 9.27 | $ 9.49 | $ 23.67 | $ 25.16 |
| 2/17/24 | $ 192.31 | $ 9.12 | $ 9.34 | $ 23.30 | $ 24.74 |
| 2/24/24 | $ 192.31 | $ 8.98 | $ 9.19 | $ 22.93 | $ 24.33 |
| 3/2/24 | $ 192.31 | $ 8.83 | $ 9.04 | $ 22.56 | $ 23.91 |
| 3/9/24 | $ 192.31 | $ 8.69 | $ 8.89 | $ 22.19 | $ 23.50 |
| 3/16/24 | $ 192.31 | $ 8.54 | $ 8.73 | $ 21.82 | $ 23.08 |
| 3/23/24 | $ 192.31 | $ 8.40 | $ 8.58 | $ 21.45 | $ 22.67 |
| 3/30/24 | $ 192.31 | $ 8.25 | $ 8.43 | $ 21.08 | $ 22.26 |
| 4/6/24 | $ 192.31 | $ 8.11 | $ 8.28 | $ 20.71 | $ 21.84 |
| 4/13/24 | $ 192.31 | $ 7.97 | $ 8.13 | $ 20.34 | $ 21.43 |
| 4/20/24 | $ 192.31 | $ 7.82 | $ 7.98 | $ 19.97 | $ 21.02 |
| 4/27/24 | $ 192.31 | $ 7.68 | $ 7.83 | $ 19.60 | $ 20.61 |
| 5/4/24 | $ 192.31 | $ 7.53 | $ 7.68 | $ 19.23 | $ 20.21 |
| 5/11/24 | $ 192.31 | $ 7.39 | $ 7.53 | $ 18.86 | $ 19.80 |
| 5/18/24 | $ 192.31 | $ 7.24 | $ 7.38 | $ 18.49 | $ 19.39 |
| 5/25/24 | $ 192.31 | $ 7.10 | $ 7.23 | $ 18.12 | $ 18.98 |
| 6/1/24 | $ 192.31 | $ 6.95 | $ 7.08 | $ 17.75 | $ 18.58 |
| 6/8/24 | $ 192.31 | $ 6.81 | $ 6.93 | $ 17.38 | $ 18.17 |
| 6/15/24 | $ 192.31 | $ 6.66 | $ 6.78 | $ 17.01 | $ 17.77 |
| 6/22/24 | $ 192.31 | $ 6.52 | $ 6.63 | $ 16.64 | $ 17.37 |
| 6/29/24 | $ 192.31 | $ 6.37 | $ 6.48 | $ 16.27 | $ 16.96 |
| 7/6/24 | $ 192.31 | $ 6.23 | $ 6.33 | $ 15.90 | $ 16.56 |
| 7/13/24 | $ 192.31 | $ 6.08 | $ 6.18 | $ 15.53 | $ 16.16 |
| 7/20/24 | $ 192.31 | $ 5.94 | $ 6.03 | $ 15.16 | $ 15.76 |
| 7/27/24 | $ 192.31 | $ 5.79 | $ 5.88 | $ 14.79 | $ 15.36 |
| 8/3/24 | $ 192.31 | $ 5.65 | $ 5.73 | $ 14.42 | $ 14.96 |
| 8/10/24 | $ 192.31 | $ 5.50 | $ 5.58 | $ 14.05 | $ 14.57 |
| 8/17/24 | $ 192.31 | $ 5.36 | $ 5.43 | $ 13.68 | $ 14.17 |
| 8/24/24 | $ 192.31 | $ 5.21 | $ 5.28 | $ 13.31 | $ 13.77 |
| 8/31/24 | $ 192.31 | $ 5.07 | $ 5.13 | $ 12.94 | $ 13.38 |
| 9/7/24 | $ 192.31 | $ 4.92 | $ 4.99 | $ 12.57 | $ 12.98 |
| 9/14/24 | $ 192.31 | $ 4.78 | $ 4.84 | $ 12.20 | $ 12.59 |
| 9/21/24 | $ 192.31 | $ 4.63 | $ 4.69 | $ 11.83 | $ 12.19 |
| 9/28/24 | $ 192.31 | $ 4.49 | $ 4.54 | $ 11.46 | $ 11.80 |
| 10/5/24 | $ 192.31 | $ 4.34 | $ 4.39 | $ 11.09 | $ 11.41 |
| 10/12/24 | $ 192.31 | $ 4.20 | $ 4.24 | $ 10.72 | $ 11.02 |
| 10/19/24 | $ 192.31 | $ 4.06 | $ 4.10 | $ 10.36 | $ 10.63 |
| 10/26/24 | $ 192.31 | $ 3.91 | $ 3.95 | $ 9.99 | $ 10.24 |
| 11/2/24 | $ 192.31 | $ 3.77 | $ 3.80 | $ 9.62 | $ 9.85 |
| 11/9/24 | $ 192.31 | $ 3.62 | $ 3.65 | $ 9.25 | $ 9.46 |
| 11/16/24 | $ 192.31 | $ 3.48 | $ 3.51 | $ 8.88 | $ 9.07 |
| 11/23/24 | $ 192.31 | $ 3.33 | $ 3.36 | $ 8.51 | $ 8.69 |
| 11/30/24 | $ 192.31 | $ 3.19 | $ 3.21 | $ 8.14 | $ 8.30 |
| 12/7/24 | $ 192.31 | $ 3.04 | $ 3.06 | $ 7.77 | $ 7.92 |

TABLE 2

Exhibit C

ANDREA J. MOSBY V. REAVES LAW FIRM
CALCULATION OF PREJUDGMENT INTEREST: COMPENSATORY DAMAGES

| Payment Date | Payment | Interest to Date 3.91% Simple | Interest to Date 3.91% Compound | Interest to Date 10% Simple | Interest to Date 10%% Compound |
|---|---|---|---|---|---|
| 12/14/24 | $ 192.31 | $ 2.90 | $ 2.92 | $ 7.40 | $ 7.53 |
| 12/21/24 | $ 192.31 | $ 2.75 | $ 2.77 | $ 7.03 | $ 7.15 |
| 12/28/24 | $ 192.31 | $ 2.61 | $ 2.62 | $ 6.66 | $ 6.77 |
| 1/4/25 | $ 192.31 | $ 2.46 | $ 2.48 | $ 6.29 | $ 6.38 |
| 1/11/25 | $ 192.31 | $ 2.32 | $ 2.33 | $ 5.92 | $ 6.00 |
| 1/18/25 | $ 192.31 | $ 2.17 | $ 2.18 | $ 5.55 | $ 5.62 |
| 1/25/25 | $ 192.31 | $ 2.03 | $ 2.04 | $ 5.18 | $ 5.24 |
| 2/1/25 | $ 192.31 | $ 1.88 | $ 1.89 | $ 4.81 | $ 4.86 |
| 2/8/25 | $ 192.31 | $ 1.74 | $ 1.75 | $ 4.44 | $ 4.49 |
| 2/15/25 | $ 192.31 | $ 1.59 | $ 1.60 | $ 4.07 | $ 4.11 |
| 2/22/25 | $ 192.31 | $ 1.45 | $ 1.45 | $ 3.70 | $ 3.73 |
| 3/1/25 | $ 192.31 | $ 1.30 | $ 1.31 | $ 3.33 | $ 3.35 |
| 3/8/25 | $ 192.31 | $ 1.16 | $ 1.16 | $ 2.96 | $ 2.98 |
| 3/15/25 | $ 192.31 | $ 1.01 | $ 1.02 | $ 2.59 | $ 2.60 |
| 3/22/25 | $ 192.31 | $ 0.87 | $ 0.87 | $ 2.22 | $ 2.23 |
| 3/29/25 | $ 192.31 | $ 0.72 | $ 0.73 | $ 1.85 | $ 1.86 |
| 4/5/25 | $ 192.31 | $ 0.58 | $ 0.58 | $ 1.48 | $ 1.48 |
| 4/12/25 | $ 192.31 | $ 0.43 | $ 0.43 | $ 1.11 | $ 1.11 |
| 4/19/25 | $ 192.31 | $ 0.29 | $ 0.29 | $ 0.74 | $ 0.74 |
| 4/26/25 | $ 192.31 | $ 0.14 | $ 0.14 | $ 0.37 | $ 0.37 |
| 5/3/25 | $ 192.31 | $ - | $ - | $ - | $ - |
| Total | $ 258,269.27 | $ 22,106.13 | $ 23,129.67 | $ 56,450.79 | $ 63,460.78 |