UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

**ANDREA JAYE MOSBY,**

    **Plaintiff,**

**v.**                                          **Case No. 2:23-cv-02099-SHM-tmp**

**REAVES LAW FIRM, PLLC,**

    **Defendant.**

# JUDGMENT

Jury Verdict and Decision by Court. This action came before the Court for trial by jury on May 5, 2025, the Honorable Samuel H. Mays, Jr., U.S. District Judge, presiding.

After due deliberation and consideration of the proof presented, the jury returned a verdict on May 7, 2025, in favor of Plaintiff Andrea Jaye Mosby and against Defendant Reaves Law Firm, PLLC on each of Plaintiff's three claims of retaliation in violation of Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e-3(a), the Fair Labor Standards Act, 29 U.S.C. §§ 201, _et seq._, and the Equal Pay Act, 29 U.S.C. § 206. The jury awarded Plaintiff $258,269.27 as and for back pay, $516,538.54 as and for compensatory damages, and $2,500,000.00 as and for punitive damages. In accordance with the Order docketed August 21, 2025, the Court awarded Plaintiff $30,000.36 as and for front pay, $258,269.27 as and for liquidated damages, and $68,018.48 as and for prejudgment interest.

**IT IS THEREFORE ORDERED AND ADJUDGED** that Judgment is entered in favor of Plaintiff and against Defendant in the amount of $3,631,095.92 and that this action is dismissed with prejudice.

## APPROVED:

_/s/ Samuel H. Mays, Jr._
SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

    _August 21, 2025_                                    WENDY R. OLIVER
DATE                                                      CLERK

                                                                         JAIRO MENDEZ
                                                                         (By) DEPUTY CLERK