Exhibit 1

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

---

ANDREA JAYE MOSBY,

    Plaintiff,

v.                                        Case No. 2:23-cv-02099-SHM-tmp

REAVES LAW FIRM PLLC,

    Defendant.

---

## DECLARATION OF WILLIAM B. RYAN

---

I, William B. Ryan, declare as follows:

1. I have personal knowledge of the information contained in this declaration, which is filed in support of Plaintiff's motion for attorney's fees and costs in the above case. All information set forth herein is true and accurate to the best of my knowledge, information, and belief.

2. By way of background, I graduated from the University of Tennessee at Knoxville in 1992 with a B.A. (history major).

3. I received my J.D. degree from the University of Mississippi School of Law in May of 1999. While at the University of Mississippi School of Law, I served of the Executive Board of the Mississippi Law Journal as Mississippi Cases Editor. In addition, I was a member of the Steen Reynolds and Dalehite National Trial Competition Team in 1999. Finally, I was the 1999 runner-up in the Heidleberg and Woodliff Oral Advocacy Competition. During law school, I clerked for Donati Law Firm, LLP in the years 1997 to 1999. Prior to entering law school, I was a legal assistant at Donati Law Firm, LLP from 1995 to 1996.

4. I was admitted to practice law in the State of Mississippi on September 29, 1999, and I was admitted to practice law in the State of Tennessee on November 2, 1999. I am admitted to practice in the United States Supreme Court, United States Court of Appeals for the Fifth Circuit, United States Court of Appeals for the Sixth Circuit, the Northern District of Mississippi, the Southern District of Mississippi, the Western District of Tennessee, the Middle District of Tennessee, the Eastern District of Arkansas and the Western District of Arkansas.

Exhibit 1

5. In the past, I have served as the President of the Memphis Bar Association's Labor & Employment Section and the President of the Federal Bar Association's Memphis Mid-South Chapter. I also served as the chair of the Civil Rules Subcommittee on the Western District of Tennessee's Standing Local Rules Committee. I am a frequent presenter on employment law and workers' compensation issues (approx. 3-5 per year) at continuing legal education seminars.

6. I am certified as a civil trial specialist by the National Board of Trial Advocacy, and I am a Rule 31 listed mediator by the Tennessee Supreme Court.

7. I was also included in the Top 100 attorneys on the 2014, 2016, and 2019-2024 Tennessee Super Lawyers Lists published by Mid-South Super Lawyers® and the Top 50 Memphis Super Lawyers Lists in 2014, 2016, and 2018-2024. I was named "Lawyer of the Year" by Best Lawyers® in 2014, 2019, 2021, 2024, and 2026 in the area of employment law.

8. I am presently serving as a member and an attorney with Donati Law, PLLC. I have served as an attorney with and at the firm since 1999.

9. A substantial part of my day-to-day legal practice, since I began practicing law in 1999, has been devoted to representing plaintiffs in employment disputes/cases, workers' compensation matters, as well as personal injury cases. I also represent various small businesses in the Memphis, TN area advising these companies on employment matters and HR issues, among other things.

10. Since November 1999, I have actively participated in the successful trial by jury in multiple employment law cases in federal and state courts and personal injury cases.

11. In addition, I have successfully briefed and argued appellate cases before the Sixth Circuit Court of Appeals, as well as the Tennessee Supreme Court and Tennessee Court of Appeals. I am counsel of record in over 500 federal court cases filed in United States District Court cases filed in this Court and federal courts throughout the country.

12. My current hourly rate for work, for those clients who can afford to pay me by the hour, ranges from $300.00-$500.00 depending on the nature and complexity of the matter, as well as whether the matter involves litigation.

13. As the Court is aware, I am the lead attorney for Plaintiff in the above matter. I began representing Plaintiff regarding this current matter in June 2022. I have a long-standing attorney client relationship with Plaintiff.

14. In this particular case, I have charged and billed my time at the rate of $500 per hour due to the complexity and undesirability and contentious nature of this particular employment case, which, at times, caused me to be prevented from working on other legal matters in which I could have billed $500 per hour. In addition to the complex and unique legal issues presented in this matter, this case also involves a well-regarded, local personal injury law firm as the Defendant in this case, and directly involved the firm's founder and CEO, a fellow member of the Memphis and Tennessee bar.

15. Additionally, based on Defendant's refusal to negotiate a fair resolution of the parties' dispute with Plaintiff prior to filing suit, I knew that the case was likely to be very hard fought and contentious. I also believed that the Defendant would have significant resources to fight Plaintiff's claim. This all proved to be true. Defendant's own attorney billing records and time spent on the case are proof of the tenacity with which Defendant fought and defended this case.

16. My firm's time and billing records are attached hereto as Exhibit A. In this case, my partner Janelle C. Osowski and I have incurred $102,480.00 in attorney time in this case at the rates of $400 (Osowski) and $500 (Ryan) per hour. I believe that all of the legal work performed was necessary to achieve a fully successful outcome in this case. We have exercised billing judgment at every step of the way and have only billed for actual legal work performed.

17. In total, 229.3 hours were expended in regard to prosecution of this case, resulting in a total bill of $102,480.00 through the filing of Plaintiff's motion for attorney's fees and costs. Attorney's fees will, of course, continue to accrue should Defendant appeal the judgment in this case.

18. In accordance with my firm's usual and customary billing practices, time is kept and recorded in increments of .10 per hour. Also, all of my attorney time was recorded contemporaneously in our firm's electronic billing software known as RocketMatter. Likewise, in accordance with my firm's usual and customary billing practices, all attorneys are required to contemporaneously record their time in RocketMatter.

19. We have incurred expenses (filing fee, process server, deposition fees, etc.) in the amount of $9,694.74 in this case. A ledger of the expenses incurred in this matter is attached as Exhibit B. These expenses were necessarily incurred to successfully prosecute this case.

20. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this the 4th day of September 2025.

/s/ William B. Ryan
William B. Ryan

Exhibit A

**Mosby v. Reaves Law Firm PLLC - Donati Law, PLLC Attorneys' Fees**

| Notes | Owner | Date | Billable units | Rate | Amount |
|---|---|---|---|---|---|
| phone call from client regarding new matter; termination from Reaves Law Firm | billy | 6/7/2022 | 0.7 | $500.00 | $350.00 |
| client meeting regarding termination Reaves Law Firm; letter of rep to Henry Reaves | billy | 6/22/2022 | 1.7 | $500.00 | $850.00 |
| client meeting regarding termination from Reaves Law Firm; draft and file EEOC charge | billy | 7/18/2022 | 2.2 | $500.00 | $1,100.00 |
| review position statement from Reaves Law Firm; phone call with client | billy | 11/1/2022 | 1.3 | $500.00 | $650.00 |
| review jmm v. rlf case file | janelle | 1/3/2023 | 0.5 | $400.00 | $200.00 |
| letter to EEOC requesting right to sue | billy | 1/17/2023 | 0.1 | $500.00 | $50.00 |
| Zoom meeting with client | billy | 1/17/2023 | 0.5 | $500.00 | $250.00 |
| draft rts request; upload and serve on Pat Alexander | janelle | 1/17/2023 | 0.3 | $400.00 | $120.00 |
| review charge and position statement | janelle | 1/17/2023 | 0.4 | $400.00 | $160.00 |
| zoom mtg w/ client | janelle | 1/17/2023 | 0.5 | $400.00 | $200.00 |
| email from pat alexander re: rts | janelle | 1/18/2023 | 0.1 | $400.00 | $40.00 |
| meeting with client; draft complaint | billy | 2/23/2023 | 1.5 | $500.00 | $750.00 |
| review eeoc charge; review and edit complaint; draft summons and civil cover sheet | janelle | 2/24/2023 | 1 | $400.00 | $400.00 |
| edit and finalize complaint | billy | 2/24/2023 | 0.3 | $500.00 | $150.00 |
| edits to complaint; finalize exhibits; file complaint, civil cover sheet, summons | janelle | 2/24/2023 | 0.3 | $400.00 | $120.00 |
| draft and file NOA | janelle | 2/24/2023 | 0.2 | $400.00 | $80.00 |
| review doc. 1 | janelle | 2/24/2023 | 0.2 | $400.00 | $80.00 |
| draft and file amended complaint and summons; review doc. 8 | janelle | 2/24/2023 | 0.5 | $400.00 | $200.00 |
| pc to court clerk | janelle | 2/24/2023 | 0.2 | $400.00 | $80.00 |
| pc to court clerk re: summons issue | janelle | 3/7/2023 | 0.3 | $400.00 | $120.00 |
| multiple emails to/from process server | janelle | 3/22/2023 | 0.2 | $400.00 | $80.00 |
| zoom mtg w/ witness | janelle | 3/22/2023 | 1 | $400.00 | $400.00 |
| multiple emails to/from second process server (buckley) | janelle | 4/5/2023 | 0.3 | $400.00 | $120.00 |
| review service return; finalize and file; review Doc. 10 | janelle | 4/19/2023 | 0.2 | $400.00 | $80.00 |
| email from potential witness | janelle | 5/1/2023 | 0.2 | $400.00 | $80.00 |
| review doc. 11, motion to dismiss | janelle | 5/8/2023 | 0.5 | $400.00 | $200.00 |
| review doc. 12, answer | janelle | 5/8/2023 | 0.3 | $400.00 | $120.00 |
| review motion to partially dismiss claims filed by defendant; phone call with client | billy | 5/9/2023 | 0.5 | $500.00 | $250.00 |
| draft motion and proposed order re: enlargement of time | janelle | 5/22/2023 | 0.3 | $400.00 | $120.00 |
| Zoom meeting with client | billy | 5/23/2023 | 0.5 | $500.00 | $250.00 |
| zoom mtg w/ client re: response | janelle | 5/23/2023 | 0.5 | $400.00 | $200.00 |
| finalize and file motion for ext of time re: mtd; send proposed order to judge | janelle | 5/24/2023 | 0.3 | $400.00 | $120.00 |
| review doc. 15 - order granting motion | janelle | 5/24/2023 | 0.2 | $400.00 | $80.00 |
| draft resp to mtd | janelle | 6/7/2023 | 1.3 | $400.00 | $520.00 |
| edit and draft resp to mtd | janelle | 6/8/2023 | 0.8 | $400.00 | $320.00 |
| Zoom meeting with client | billy | 6/13/2023 | 0.5 | $500.00 | $250.00 |
| zoom mtg w/ client | janelle | 6/13/2023 | 0.5 | $400.00 | $200.00 |

Exhibit A

| Description | Attorney | Date | Hours | Rate | Total |
|---|---|---|---|---|---|
| research re: flsa mgr exemption; continue drafting response to mtd | janelle | 6/13/2023 | 1 | $400.00 | $400.00 |
| revise mtd response | janelle | 6/16/2023 | 0.4 | $400.00 | $160.00 |
| review and edit response to motion to dismiss | billy | 6/19/2023 | 1.2 | $500.00 | $600.00 |
| finalize and file resp to MTD | janelle | 6/19/2023 | 0.3 | $400.00 | $120.00 |
| review doc. 17, reply to mtd | janelle | 7/3/2023 | 0.3 | $400.00 | $120.00 |
| multiple emails to/from client | janelle | 7/5/2023 | 0.2 | $400.00 | $80.00 |
| review reply to motion to dismiss; phone call with client | billy | 7/7/2023 | 0.4 | $500.00 | $200.00 |
| review order denying motion to dismiss; email and phone call with client | billy | 8/11/2023 | 0.5 | $500.00 | $250.00 |
| review order denying MTD | janelle | 8/11/2023 | 0.5 | $400.00 | $200.00 |
| multiple emails to/from client | janelle | 8/22/2023 | 0.4 | $400.00 | $160.00 |
| email to court case manager regarding setting scheduling conference | billy | 9/11/2023 | 0.1 | $500.00 | $50.00 |
| review setting letter from court | billy | 9/20/2023 | 0.1 | $500.00 | $50.00 |
| email to court case manager regarding setting scheduling conference | billy | 9/20/2023 | 0.1 | $500.00 | $50.00 |
| review doc 19, setting letter | janelle | 9/20/2023 | 0.1 | $400.00 | $40.00 |
| review proposed scheduling order and rule 26f report; respond to emails regarding mediation | billy | 10/5/2023 | 0.3 | $500.00 | $150.00 |
| review draft sched order and 26(f) report | janelle | 10/5/2023 | 0.2 | $400.00 | $80.00 |
| review doc 20, filed rule 26(f) report | janelle | 10/6/2023 | 0.1 | $400.00 | $40.00 |
| attend scheduling conference; phone call with client | billy | 10/10/2023 | 0.9 | $500.00 | $450.00 |
| review doc. 21-minutes and deadlines | janelle | 10/10/2023 | 0.2 | $400.00 | $80.00 |
| review schedulng order | janelle | 10/10/2023 | 0.2 | $400.00 | $80.00 |
| review doc. 23 dates and deadlines | janelle | 10/10/2023 | 0.1 | $400.00 | $40.00 |
| review list of witnesses from client | janelle | 10/12/2023 | 0.3 | $400.00 | $120.00 |
| review def initial disclosures | janelle | 10/20/2023 | 0.3 | $400.00 | $120.00 |
| draft joint motion to amend + proposed order | janelle | 2/27/2024 | 0.4 | $400.00 | $160.00 |
| finalize and file joint motion to extend ddl | janelle | 2/27/2024 | 0.2 | $400.00 | $80.00 |
| review doc 25 - order granting joint motion | janelle | 2/27/2024 | 0.1 | $400.00 | $40.00 |
| review letter from Justice holder regarding mediation; email to client regarding upcoming mediation | billy | 3/6/2024 | 0.2 | $500.00 | $100.00 |
| review and edit mediation statement to Justice Holder | billy | 3/28/2024 | 0.3 | $500.00 | $150.00 |
| draft mediation statement; mtg w/ JM re: damages | janelle | 3/28/2024 | 1.2 | $400.00 | $480.00 |
| review docs from client | janelle | 4/3/2024 | 0.6 | $400.00 | $240.00 |
| mediation | janelle | 4/4/2024 | 3 | $400.00 | $1,200.00 |
| mediation | billy | 4/4/2024 | 4 | $500.00 | $2,000.00 |
| review first sets of disco requests from Def | janelle | 4/12/2024 | 0.5 | $400.00 | $200.00 |
| zoom mtg w/ client re: discovery | janelle | 4/17/2024 | 1 | $400.00 | $400.00 |
| email to OC re: discovery | janelle | 5/15/2024 | 0.1 | $400.00 | $40.00 |
| multiple emails to client re: discovery | janelle | 6/6/2024 | 0.2 | $400.00 | $80.00 |
| draft resp to discovery requests | janelle | 6/10/2024 | 0.8 | $400.00 | $320.00 |
| review proposed motion to extend ddls | janelle | 6/24/2024 | 0.1 | $400.00 | $40.00 |
| edits to discovery responses | janelle | 6/25/2024 | 0.8 | $400.00 | $320.00 |
| review doc from client re: discovery | janelle | 6/25/2024 | 0.7 | $400.00 | $280.00 |
| review multiple discovery drafts from client | janelle | 6/25/2024 | 1 | $400.00 | $400.00 |
| review doc. 28- joint motion | janelle | 6/25/2024 | 0.1 | $400.00 | $40.00 |

Exhibit A

| Description | Attorney | Date | Hours | Rate | Amount |
|---|---|---|---|---|---|
| review discovery docs from client | janelle | 6/25/2024 | 0.6 | $400.00 | $240.00 |
| edit interrog answers | janelle | 6/26/2024 | 0.6 | $400.00 | $240.00 |
| review doc. 29 - setting letter | janelle | 6/26/2024 | 0.1 | $400.00 | $40.00 |
| multiple emails to/from client re: discovery responses | janelle | 6/27/2024 | 0.8 | $400.00 | $320.00 |
| review and edit discovery responses with client | billy | 6/28/2024 | 2.3 | $500.00 | $1,150.00 |
| review and edit responses to RFAs and Interrogs; review notes from client | janelle | 6/28/2024 | 1 | $400.00 | $400.00 |
| finalize and serve responses to RFA and Interrogs | janelle | 6/28/2024 | 0.3 | $400.00 | $120.00 |
| attend status conference; phone call with client | billy | 7/2/2024 | 0.7 | $500.00 | $350.00 |
| review doc. 30 | janelle | 7/2/2024 | 0.1 | $400.00 | $40.00 |
| review doc 31 - updated dates/ddls | janelle | 7/2/2024 | 0.1 | $400.00 | $40.00 |
| review doc. 32- amended sched order | janelle | 7/2/2024 | 0.1 | $400.00 | $40.00 |
| review deficiency letter from OC | janelle | 8/6/2024 | 0.5 | $400.00 | $200.00 |
| emails to/from oc re: outstanding discovery issues | janelle | 8/16/2024 | 0.2 | $400.00 | $80.00 |
| emails to/from client re: discovery issues; review docs from client | janelle | 8/18/2024 | 0.5 | $400.00 | $200.00 |
| edit to drafts of discovery requests; prep exhibits | janelle | 8/21/2024 | 1 | $400.00 | $400.00 |
| edit and finalize discovery resp and docs | janelle | 8/22/2024 | 0.6 | $400.00 | $240.00 |
| review addtl docs from client re: discovery issues | janelle | 8/22/2024 | 0.3 | $400.00 | $120.00 |
| defend Jaye's deposition | billy | 9/18/2024 | 6 | $500.00 | $3,000.00 |
| prepare and take depositions of Henry Reaves and Neva Reaves | billy | 9/19/2024 | 3.9 | $500.00 | $1,950.00 |
| review msj | janelle | 11/4/2024 | 1 | $400.00 | $400.00 |
| review def msj and sof | janelle | 11/20/2024 | 0.6 | $400.00 | $240.00 |
| draft resp to msj | janelle | 11/20/2024 | 4 | $400.00 | $1,600.00 |
| draft resp to msj | janelle | 11/21/2024 | 3.7 | $400.00 | $1,480.00 |
| draft resp to SOF | janelle | 12/2/2024 | 3 | $400.00 | $1,200.00 |
| draft of resp to MSJ | janelle | 12/3/2024 | 2.1 | $400.00 | $840.00 |
| draft and edit sof and resp to msj | janelle | 12/3/2024 | 0.9 | $400.00 | $360.00 |
| draft declaration | janelle | 12/4/2024 | 0.4 | $400.00 | $160.00 |
| review plaintiff's declaration | billy | 12/6/2024 | 0.4 | $500.00 | $200.00 |
| phone call with client regarding declaration and response to SJ motion | billy | 12/6/2024 | 1.2 | $500.00 | $600.00 |
| edit draft of SOF; mtg with client to finalize declaration; edits to memo | janelle | 12/6/2024 | 4 | $400.00 | $1,600.00 |
| prep exhibits; revise and finalize drafts of memo and resp to SOF | janelle | 12/9/2024 | 1.5 | $400.00 | $600.00 |
| review and finalize response to motion for summary judgment | billy | 12/9/2024 | 1.4 | $500.00 | $700.00 |
| review reply to response to motion for summary judgment | billy | 12/23/2024 | 0.4 | $500.00 | $200.00 |
| email exchange w/ defense counsel regarding motion to continue trial | billy | 1/9/2025 | 0.1 | $500.00 | $50.00 |
| draft motion to continue; emails to/from OC re: trial dates | janelle | 1/9/2025 | 0.4 | $400.00 | $160.00 |
| finalize and file motion to continue | janelle | 1/15/2025 | 0.2 | $400.00 | $80.00 |
| draft and finalize motion to continue trial | billy | 1/15/2025 | 0.5 | $500.00 | $250.00 |
| review order granting continuance of trial | billy | 1/17/2025 | 0.1 | $500.00 | $50.00 |
| review doc. 38 - order granting mtn to continue | janelle | 1/17/2025 | 0.1 | $400.00 | $40.00 |
| review setting of trial notice - DOc. 39 | billy | 1/21/2025 | 0.1 | $500.00 | $50.00 |
| review setting letter + trial ddls | janelle | 1/23/2025 | 0.2 | $400.00 | $80.00 |

Exhibit A

| Description | Person | Date | Hours | Rate | Total |
|---|---|---|---|---|---|
| email and phone call to client regarding upcoming trial | billy | 3/24/2025 | 0.4 | $500.00 | $200.00 |
| review first draft of plaintiff's pre-trial disclosures | billy | 4/1/2025 | 0.3 | $500.00 | $150.00 |
| review dep exhibits; draft pretrial disc | janelle | 4/1/2025 | 0.7 | $400.00 | $280.00 |
| review defendant's pre-trial disclosures; email to client with questions and comments | billy | 4/4/2025 | 0.5 | $500.00 | $250.00 |
| review and finalize Plaintiff's pretrial disclosures | billy | 4/4/2025 | 0.3 | $500.00 | $150.00 |
| finalize and file exhibit/witness lists and pretrial disc | janelle | 4/4/2025 | 0.3 | $400.00 | $120.00 |
| review def pretrial disc | janelle | 4/4/2025 | 0.3 | $400.00 | $120.00 |
| draft jpto | janelle | 4/14/2025 | 1.2 | $400.00 | $480.00 |
| review order denying motion for summary judgment; email to client | billy | 4/15/2025 | 0.5 | $500.00 | $250.00 |
| review order denying MSJ | janelle | 4/15/2025 | 0.6 | $400.00 | $240.00 |
| revise jpto | janelle | 4/16/2025 | 0.5 | $400.00 | $200.00 |
| phone call with defense counsel regarding pretrial order; work on pretrial order with JCO | billy | 4/18/2025 | 0.5 | $500.00 | $250.00 |
| review defendant's objections to exhibit list, witness list, and pretrial disclosures; email to client | billy | 4/18/2025 | 0.3 | $500.00 | $150.00 |
| email from oc; review revisions to jpto; continue editing jpto | janelle | 4/18/2025 | 0.6 | $400.00 | $240.00 |
| review doc 43 - def objections | janelle | 4/18/2025 | 0.2 | $400.00 | $80.00 |
| begin drafting jury instructions and jury verdict form | billy | 4/19/2025 | 1 | $500.00 | $500.00 |
| review deposition transcripts of Henry and Neva Reaves - start developing trial examination outlines | billy | 4/19/2025 | 3 | $500.00 | $1,500.00 |
| discussions w/ client re: MILs | janelle | 4/19/2025 | 0.3 | $400.00 | $120.00 |
| draft MIL | janelle | 4/21/2025 | 0.7 | $400.00 | $280.00 |
| finalize edits to draft of mils | janelle | 4/21/2025 | 0.3 | $400.00 | $120.00 |
| review def mils | janelle | 4/21/2025 | 0.5 | $400.00 | $200.00 |
| draft resp to MILs | janelle | 4/23/2025 | 1.5 | $400.00 | $600.00 |
| draft resp to MILs | janelle | 4/24/2025 | 1.8 | $400.00 | $720.00 |
| finalize edits to resp to MILs | janelle | 4/24/2025 | 0.3 | $400.00 | $120.00 |
| review and edit jury instructions and verdict form | billy | 4/24/2025 | 2 | $500.00 | $1,000.00 |
| review and edit response to motions in limine | billy | 4/24/2025 | 1.2 | $500.00 | $600.00 |
| review and edit jury instructions and verdict form; draft verdict form | janelle | 4/24/2025 | 2 | $400.00 | $800.00 |
| review def resp to mils | janelle | 4/24/2025 | 0.2 | $400.00 | $80.00 |
| pre-trial conference | billy | 4/25/2025 | 2 | $500.00 | $1,000.00 |
| research re: liquidated damages and punitive damages | janelle | 4/25/2025 | 0.5 | $400.00 | $200.00 |
| pretrial conference | janelle | 4/25/2025 | 2 | $400.00 | $800.00 |
| phone call with client following joint pretrial conference | billy | 4/25/2025 | 0.4 | $500.00 | $200.00 |
| revise and edit proposed verdict form; legal research on punitive damages under the FLSA | billy | 4/27/2025 | 0.5 | $500.00 | $250.00 |
| review order on motions in limine - Doc 48 | billy | 4/28/2025 | 0.5 | $500.00 | $250.00 |
| review order on MILs | janelle | 4/28/2025 | 0.5 | $400.00 | $200.00 |
| trial prep - draft opening statement outline; review trial exhibits | billy | 4/29/2025 | 2.1 | $500.00 | $1,050.00 |

Exhibit A

| Description | Attorney | Date | Hours | Rate | Amount |
|---|---|---|---|---|---|
| emails to and from client about upcoming trial and trial prep topics | billy | 4/29/2025 | 0.2 | $500.00 | $100.00 |
| prep and compile trial exhibits | janelle | 4/30/2025 | 0.6 | $400.00 | $240.00 |
| trial prep with client regarding direct and cross examinations | billy | 5/1/2025 | 2.3 | $500.00 | $1,150.00 |
| review email and respond to email from Court's case manager about trial technology | billy | 5/1/2025 | 0.1 | $500.00 | $50.00 |
| review email and review jury instructions from defendant submitted to the court | billy | 5/2/2025 | 0.3 | $500.00 | $150.00 |
| Trial prep (work on cross examinations of Henry and Neva Reaves; review depositions of Mr. and Mrs. Reaves; review deposition exhibits) | billy | 5/3/2025 | 5.5 | $500.00 | $2,750.00 |
| Trial prep (work on direct examination of Plaintiff; review depositions of Plaintiff; review deposition exhibits); finalize jury verdict form and jury instructions; work on damages chart | billy | 5/4/2025 | 7.5 | $500.00 | $3,750.00 |
| trial prep-review/edit jury instru and verdict form, prep exhibits | janelle | 5/4/2025 | 3 | $400.00 | $1,200.00 |
| trial day 1 | billy | 5/5/2025 | 10.5 | $500.00 | $5,250.00 |
| trial day 1 | janelle | 5/5/2025 | 9.5 | $400.00 | $3,800.00 |
| review final jpto - doc. 49 | janelle | 5/5/2025 | 0.2 | $400.00 | $80.00 |
| research re: causation standard | janelle | 5/5/2025 | 0.3 | $400.00 | $120.00 |
| Trial day 2 | billy | 5/6/2025 | 10 | $500.00 | $5,000.00 |
| trial day 2 | janelle | 5/6/2025 | 9 | $400.00 | $3,600.00 |
| trial day 3 | janelle | 5/7/2025 | 9 | $400.00 | $3,600.00 |
| Trial day 3 | billy | 5/8/2025 | 10 | $500.00 | $5,000.00 |
| review order on jury verdict | billy | 5/8/2025 | 0.1 | $500.00 | $50.00 |
| review jury exhibit list; jury notes; just seating arrangement; peremptory challenges; jury list; jury verdict form | billy | 5/8/2025 | 0.1 | $500.00 | $50.00 |
| review jury verdict form and order on jury verdict | janelle | 5/8/2025 | 0.1 | $400.00 | $40.00 |
| review setting letter | billy | 5/9/2025 | 0.1 | $500.00 | $50.00 |
| phone call with economist Ralph Scott regarding preparing pre-judgment interest calculation | billy | 5/12/2025 | 0.4 | $500.00 | $200.00 |
| meeting post trial motions re verdict and collection efforts | billy | 5/13/2025 | 1 | $500.00 | $500.00 |
| zoom mtg re: post trial motions re verdict and collection efforts | janelle | 5/13/2025 | 1 | $400.00 | $400.00 |
| attend telephone status conference | billy | 5/14/2025 | 0.8 | $500.00 | $400.00 |
| research re: tax true up | janelle | 5/14/2025 | 0.2 | $400.00 | $80.00 |
| telephone sched conference | janelle | 5/14/2025 | 0.8 | $400.00 | $320.00 |
| review and respond to court reporter regarding purchase of trial transcript | billy | 5/15/2025 | 0.1 | $500.00 | $50.00 |
| zoom meeting to discuss post-trial motions | billy | 5/16/2025 | 1 | $500.00 | $500.00 |
| zoom mtg re: next steps/jury verdict | janelle | 5/16/2025 | 1 | $400.00 | $400.00 |
| zoom re: post trial briefing | janelle | 5/23/2025 | 1 | $400.00 | $400.00 |
| review trial transcripts from court reporter and forward to client | billy | 5/28/2025 | 0.4 | $500.00 | $200.00 |
| revise draft of motion for award of equitable damages | janelle | 6/2/2025 | 4.2 | $400.00 | $1,680.00 |
| review ralph scott report | janelle | 6/3/2025 | 0.4 | $400.00 | $160.00 |
| Zoom meeting with Ralph Scott | billy | 6/4/2025 | 0.5 | $500.00 | $250.00 |

Exhibit A

| Description | Attorney | Date | Hours | Rate | Amount |
|---|---|---|---|---|---|
| zoom with ralph scott re: report | janelle | 6/4/2025 | 0.5 | $400.00 | $200.00 |
| review Ralph Scott's report regarding preparing pre-judgment interest calculation; phone call with Mr. Scott | billy | 6/6/2025 | 0.7 | $500.00 | $350.00 |
| phone call with client regarding post-trial motions filed by plaintiff seeking front pay, etc. | billy | 6/9/2025 | 0.4 | $500.00 | $200.00 |
| revise motion for post trial damages | janelle | 6/9/2025 | 1.6 | $400.00 | $640.00 |
| finalize motion for equitable relief and exhibits | janelle | 6/9/2025 | 0.5 | $400.00 | $200.00 |
| review motion to withdraw as counsel filed by Baker Donelson; phone call with client | billy | 6/20/2025 | 0.3 | $500.00 | $150.00 |
| review doc 67 - mtn to withdraw | janelle | 6/20/2025 | 0.3 | $400.00 | $120.00 |
| review doc 68 - granting mtn to withdraw | janelle | 6/23/2025 | 0.1 | $400.00 | $40.00 |
| review doc 70 - rule 60, etc. motion | janelle | 6/27/2025 | 0.5 | $400.00 | $200.00 |
| review response to plt mtn for front pay, liq damages, prejudgment interest | janelle | 6/27/2025 | 0.5 | $400.00 | $200.00 |
| phone call with client regarding post-judgment motion filed by defendant | billy | 6/30/2025 | 0.4 | $500.00 | $200.00 |
| prep responses to defs motions | janelle | 7/3/2025 | 0.4 | $400.00 | $160.00 |
| draft response to rule 60 motion; draft reply to motion for equitable relief | janelle | 7/8/2025 | 1.7 | $400.00 | $680.00 |
| review and edit response to motion from relief of judgment (Doc. 72) | billy | 7/10/2025 | 0.8 | $500.00 | $400.00 |
| review and edit reply to response to motion for award of front pay etc | billy | 7/10/2025 | 1.2 | $500.00 | $600.00 |
| finalize edits to resp to def rule 60 motion | janelle | 7/10/2025 | 0.5 | $400.00 | $200.00 |
| finalize reply to mtn for postjudgment damages | janelle | 7/10/2025 | 0.5 | $400.00 | $200.00 |
| review order awarding front pay, liq damages and prejudgment interest | janelle | 8/21/2025 | 0.6 | $400.00 | $240.00 |
| review doc 78 - judgment | janelle | 8/21/2025 | 0.1 | $400.00 | $40.00 |
| phone call with client regarding order awarding front pay etc. / discuss collection of judgment efforts and next steps in case | billy | 8/22/2025 | 0.5 | $500.00 | $250.00 |
| draft motion, memo and order for atty fees | janelle | 9/2/2025 | 1.6 | $400.00 | $640.00 |
| draft mtn for atty fees | janelle | 9/3/2025 | 1.6 | $400.00 | $640.00 |
| draft declaration and edit motion and memo in support of an award of atty's fees | billy | 9/4/2025 | 1.9 | $500.00 | $950.00 |
| | | | **229.3** | | **$102,480.00** |

Exhibit B

**Mosby v. Reaves Law Firm PLLC - Donati Law, PLLC Expenses**

| Date | Description | Total |
|---|---|---|
| 2/24/2023 | Filing Fee | $402.00 |
| 4/17/2023 | Process Server | $990.48 |
| 5/26/2023 | Process Server | $45.00 |
| 4/4/2024 | Mediation | $2,340.00 |
| 10/3/2024 | Deposition Transcripts | $1,311.93 |
| 10/3/2024 | Deposition Transcripts | $1,459.33 |
| 5/15/2025 | Trial Transcripts | $2,346.00 |
| 6/4/2025 | Ralph Scott Report | $800.00 |
| | | **$9,694.74** |